# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 7:16-cr-00157-LSC-SGC |
| ) | |
| JABORIS ANTONIO WALKER, ) | |
|     Defendant. ) | |

## MOTION TO AMEND JUDGMENT

The United States respectfully requests that the Court amend its Judgment in to reference an order that Defendant JABORIS ANTONIO WALKER forfeit a firearm and ammunition to the United States, specifically **One Hi-Point 9mm pistol, model C9, bearing serial number P108475**. The United States offers the following in support:

    1.    In the Superseding Indictment's Notice of Forfeiture, the United States sought forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of certain property of Defendant JABORIS ANTONIO WALKER, namely any firearms or ammunition involved in or used in the commission of the weapons offense charged in Superseding Indictment Count One. Specifically, Defendant was given notice of the forfeiture of the following property: **One Hi-Point 9mm pistol, model C9, bearing serial number P108475** (Doc. 12).

1

2. On July 28, 2016, Defendant JABORIS ANTONIO WALKER entered a blind plea of guilty to Superseding Indictment Count 1, thereby triggering the mandatory forfeiture provisions contained therein (Minute Entry, 7/28/16).

3. On January 3, 2017 the United States filed a motion requesting that the Court enter an order forfeiting the pistol (Doc. 22). On March 6, 2017, the Court entered a Preliminary Order of Forfeiture (Doc. 29).

4. On March 6, 2017, the Court also sentenced the Defendant (Minute Entry 03/06/17). It entered a Judgment that same day (Doc. 27). The Judgment did not reference forfeiture (*Id.*).

5. If a court finds that property is subject to forfeiture, Federal Rule of Criminal Procedure 32.2(b)(2)(A) directs it to enter a preliminary order of forfeiture ordering forfeiture of the property. Once a defendant is sentenced, the preliminary order becomes final as to the defendant. Fed. R. Crim. P. 32.2(b)(4)(A). Rule 32.2(b)(4)(B) directs the court to "include the forfeiture order, directly or by reference, in the judgment," but also states that any failure to do so "may be corrected at any time under Rule 36." Rule 36 states that after giving appropriate notice to the parties the court may "at any time" correct any "clerical error in a judgment . . . [or] an error in the record arising from oversight or omission."

6. The United States thus requests that the Court provide notice (a proposed notice is attached) to Defendant that it may amend its Judgment. The

United States further requests that the Court amend its Judgment to incorporate the forfeiture order by reference.

Respectfully submitted this 7th day of March 2017.

>ROBERT O. POSEY
>ACTING United States Attorney
>
>*/s/ Nicole Grosnoff*
>Assistant United States Attorney
>1801 Fourth Avenue North
>Birmingham, AL 35203
>(205) 244-2001
>Nicole.s.grosnoff@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this the 7th day of March 2017, using the CM/ECF filing system which will send notification of said filing to all counsel of record.

*/s/ Nicole Grosnoff*
Assistant United States Attorney